1  CENTER FOR DISABILITY ACCESS
   Mark Potter, Esq. SBN 166317
2  100 Pine St., Ste 1250
   San Francisco, CA 94111
3  (858) 375-7385; (888) 422-5191 fax
   Mark@potterhandy.com

4  Attorneys for Plaintiff

5

6

7

8
                    UNITED STATES DISTRICT COURT
9                   NOTHERN DISTRICT OF CALIFORNIA

10

11 **Orlando Garcia**,                    | Case No. 3:22-cv-00159-VC

12        Plaintiff,                       | **Declaration of Orlando Garcia in response to Order to Show Cause**

13     v.

14 **Shahrokh Satvatmanesh,** in
   individual and representative
15 capacity as trustee of the
   Satvatmanesh and Nowroozi Family
16 Trust dated Dec 11, 2015;
   **Taraneh Nowroozi,** in individual and
17 representative capacity as trustee of the
   Satvatmanesh and Nowroozi Family
18 Trust dated Dec 11, 2015;
   **Maria G. Betancourt Castaneda;**
19 **Alicia Gallegos**

20        Defendant.

21

22     1. I, the undersigned, am the plaintiff in this litigation. I can competently

23        testify to the following based on my own knowledge and experience.

24     2. I have cerebral palsy and use a wheelchair for mobility.

25     3. I am an ADA advocate and tester. As part of my advocacy, I sometimes

26        travel to the Bay Area, as I did in this and other cases.

27     4. My claims in this case arise from my personal visit to Mendoza's

28        Restaurant on December 18, 2021.

                                  1

5. Upon arriving at the property, I discovered that the entry way was sloped, the handicap parking access aisle was too narrow, and the door hardware was not accessible.

6. I was with a friend, Marilyn Robles, when I visited the business.

7. I reported my experiences to my attorney which resulted in the filing of this case.

8. I understand my obligations to have standing to bring claims in this court. I have personal knowledge of barriers I've complained of based upon my visit. I understand that once the case concludes and the barriers are removed that I must intend to return in order for this court to have jurisdiction to hear my claims.

9. I intend to return at least once after I have been made aware that all barriers have been removed and after the conclusion of the case to test the adequacy of any remedial measures that are taken. I am deterred from returning until this occurs.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: May 9, 2022

*Orlando Garcia*
5709F6F47CF454D7DEFAB82C25F04385                    readysign

By: _____
      Orlando Garcia

Potter Dec                                                                    3:22-cv-00159-VC