CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Eric J. Stephenson (SBN 282305)
PAHL & McCAY A Professional Law Corporation
225 West Santa Clara Street Suite 1500
San Jose, CA 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Attorneys for Defendants
Shahrokh Satvatmanesh; Taraneh Nowroozi;
Maria G. Betancourt Castaneda and Alicia Gallegos

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 3:22-cv-00159-VC |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| SHAHROKH SATVATMANESH, in individual and representative capacity as trustee of the Satvatmanesh and Nowroozi Family Trust dated Dec 11, 2015; TARANEH NOWROOZI, in individual and representative capacity as trustee of the Satvatmanesh and Nowroozi Family Trust dated Dec 11, 2015; MARIA G. BETANCOURT CASTANEDA; ALICIA GALLEGOS, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1   Dated: July 06,2022          CENTER FOR DISABILITY ACCESS

2

3                                By:    /s/ Amanda Seabock
                                        Amanda Seabock
4                                       Attorneys for Plaintiff

5

6   Dated: July 06,2022          PAHL & McCAY
                                 A Professional Law Corporation
7

8

9

10                               By:    /s/ Eric J. Stephenson
                                        Eric J. Stephenson
11                                      Attorneys for Defendants
                                        Shahrokh Satvatmanesh;
12                                      Taraneh Nowroozi; Maria
                                        G. Betancourt Castaneda and Alicia Gallegos
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## SIGNATURE CERTIFICATION

3

4   I hereby certify that the content of this document is acceptable to Eric J. Stephenson,

5   counsel for Shahrokh Satvatmanesh; Taraneh Nowroozi; Maria G. Betancourt

6   Castaneda and Alicia Gallegos, and that I have obtained authorization to affix his

7   electronic signature to this document.

8   Dated: July 06,2022          CENTER FOR DISABILITY ACCESS

9

10                                  By:     /s/ Amanda Seabock
                                            Amanda Seabock
11                                          Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28